# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Patrick O. Christian,

    Plaintiff(s),

vs.

Rodney Moore, Daniel E. Bailey, Jr
James Townsend, Robert B. Nipper

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:11-cv-00140

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 8, 2011 Order.

Signed: April 8, 2011

Frank G. Johns, Clerk
United States District Court